UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,

vs.

6201 SW 8TH STREET PROPERTY INVESTMENT LLC
and TIRE SUPERMARKET, INC.
d/b/a EL MAGO DEL PONCHE,
    Defendant(s).

Case No: 22-cv-23471-CMA

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
AGAINST DEFENDANTS 6201 SW 8TH STREET PROPERTY INVESTMENT LLC
and TIRE SUPERMARKET, INC.**

    Plaintiff, EMILIO PINERO, by and through undersigned counsel, hereby dismisses this matter with prejudice against the Defendants, 6201 SW 8TH STREET PROPERTY INVESTMENT LLC and TIRE SUPERMARKET, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

    Respectfully Submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
    *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
    *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com